IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXPRESS MOBILE, INC., | ) |
| *Plaintiff,* | ) C.A. No. 1:18-cv-1177-RGA |
| v. | ) **JURY TRIAL DEMANDED** |
| LIQUID WEB, LLC, | ) |
| *Defendant.* | ) |

## DEFENDANT LIQUID WEB LLC'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Liquid Web, LLC respectfully moves this Court to dismiss all Counts of the First Amended Complaint of Plaintiff Express Mobile, Inc. The grounds for this Motion are fully set forth in the accompanying Brief in Support.

Respectfully submitted,

OF COUNSEL:

Steven R. Daniels
DICKINSON WRIGHT PLLC
303 Colorado St., Ste. 2050
Austin, Texas 78701
Telephone: (512) 770-4200

Stan Torgovitsky
DICKINSON WRIGHT PLLC
International Square
1825 Eye St. N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 457-0160

Dated: January 9, 2019

By: */s/ Geoffrey G. Grivner*
Geoffrey G. Grivner
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 552-4200

*Counsel for Defendant Liquid Web, LLC*